**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JOAN DEMAREST,<br><br>        Plaintiff,<br>vs.<br><br>HSBC BANK USA N.A.; OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and DOES 1 THROUGH 10 INCLUSIVE,<br><br>        Defendants. | Case No.: 2:16-cv-05088 AB(Ex)<br>Hon: André Birotte Jr.<br><br>**[PROPOSED] JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>**[FRCP 56 & L.R. 56]** |

    The Court having considered the Motion of Defendants Ocwen Loan Servicing, LLC ("Ocwen") and HSBC Bank USA, N.A., as Trustee for the registered holders of Nomura Home Equity Loan, Inc., Asset-Backed Certificates,

Series 2006-HE2 ("HSBC as Trustee") incorrectly sued herein as HSBC Bank USA N.A., (collectively "Defendants") for Summary Judgment in the instant action, and having considered the moving, opposition and reply papers as well as the argument of counsel, and good cause appearing, the Court rules as follows:

There were no genuine disputes as to any material fact with respect to any of Plaintiff's claims for relief and Defendants are entitled to summary judgment as a matter of law. The Court also dismisses Defendant Western Progressive LLC, which filed an uncontested Notice of Nonmonetary Status and as to whom the Complaint makes no actionable allegations.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment is entered in favor of Defendants, Ocwen and HSBC as Trustee and against Plaintiff on each and every count of the Complaint. It is hereby ordered that this action is **DISMISSED WITH PREJUDICE**.

2. Judgment is also entered in favor of Defendant, Western Progressive LLC, which filed an uncontested Notice of Nonmonetary Status.

Dated: August 25, 2017

Hon. André Birotte Jr.
United States District Court Judge